IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>DANIEL POLANCO<br>Defendant | CRIMINAL 07-0040CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 20, 2007 **(docket entry 29)** on a Rule 11 proceeding of defendant Daniel Polanco held before Magistrate Judge Marcos E. Lopez on April 20, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case is referred to the U.S. Probation Office for preparation of an abbreviated Presentence Investigation Report. The **sentencing hearing is set for May 24, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 23, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge